**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DENALI WATER SOLUTIONS, LLC, : | |
| : | |
| v.    : | Civil No. 5:25-mc-00040-JMG |
| : | |
| ALLEN HARIM FOODS, LLC,    : | |

**ORDER**

**AND NOW**, this 30th day of July, 2025, upon consideration of Denali Water Solutions, LLC's Motion to Compel Compliance with Subpoenas to testify and produce the requested records on July 23, 2025 (ECF No. 1), **IT IS HEREBY ORDERED** that Denali Water Solutions, LLC's Motion (ECF No. 1) is **DENIED AS MOOT**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge