**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DENALI WATER SOLUTIONS, LLC, | : | |
| | : | |
| v. | : | Civil No. 5:25-mc-00040-JMG |
| | : | |
| ALLEN HARIM FOODS, LLC, | : | |

**ORDER**

**AND NOW**, this 20th day of May, 2026, **IT IS HEREBY ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

[1] The Court notes that no filings have been made since August 13, 2025, and that the last docket entry is the Court's Order dated August 18, 2025, in which the Court denied Plaintiff's Motion to compel (ECF No. 3) without prejudice. Plaintiff has taken no action since that time.